# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00153-CV

**A. G., Appellant**

**v.**

**Texas Department of Family & Protective Services, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. C2019-0144A, HONORABLE MELISSA McCLENAHAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Counsel for appellant A.G. has filed a letter with this Court advising us that her pleading entitled "Notice of Appeal from Associate Judge's Hearing and Request for Hearing De Novo," which was docketed in this Court as a notice of appeal, was instead a request for the district court to hold a de novo hearing on a matter related to the Department's suit seeking termination of A.G.'s parental rights. *See* Tex. Fam. Code § 201.015. Accordingly, counsel asks that this Court "dispose of or abate this appeal as the Court sees fit, in such a manner that will not prejudice or hinder [her] client's right and ability to seek an appeal from any further rulings or proceedings in this case." Under these circumstances, we abate the appeal and instruct counsel to file a status report with this Court, confirming that the matter has been set for a de novo hearing in

the referring court below.  The appeal will be reinstated upon receipt of that status report, which is due to be filed in this Court no later than April 29, 2019.

Before Justices Goodwin, Baker, and Triana

Abated

Filed:   March 28, 2019